**Order entered July 8, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00574-CV

**CHAMPION CONTRACTORS & SERVICES, LLC, Appellant**

**V.**

**SAMUEL SUSTER, ET AL., Appellees**

**On Appeal from the County Court at Law No. 6
Collin County, Texas
Trial Court Cause No. 006-01576-2011**

## ORDER

We **GRANT** the July 2, 2013 motion of Stacey Kemp, County Clerk of Collin County, Texas, for an extension of time to file the clerk's record. We **ORDER** Stacey Kemp to file, **by August 26, 2013**, either: (1) the clerk's record; or (2) written verification that the clerk's record has not been paid for or payment arrangements have not been made. *We notify appellant that if we receive verification of no payment or arrangement for payment, the appeal will be dismissed for want of prosecution.* See TEX. R. APP. P. 37.3(b).

/s/     CAROLYN WRIGHT
CHIEF JUSTICE